IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs | ) | Case No. 3:08CR00027 |
| | ) | |
| BRIAN ANTHONY DOLNEY | ) | |

ORDER TERMINATING SUPERVISED RELEASE

On August 14, 2008, the above named defendant was sentenced to one (1) day imprisonment followed by five (5) years supervised release. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 6th day of november, 2012.

Walter Herbert Rice
United States District Court Judge